UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAXIMILIANO MENDEZ,<br><br>Plaintiff,<br><br>v.<br><br>J. MACOMBER, et al.,<br><br>Defendants. | No. 2:14-cv-2265 CKD P<br><br><br><br>ORDER |

By order filed November 3, 2014, plaintiff's complaint was dismissed and thirty days leave to file an amended complaint was granted. (ECF No. 8.) Plaintiff was advised that failure to file an amended complaint would result in the dismissal of this action. (Id.) Plaintiff has consented to this court's jurisdiction pursuant to 28 U.S.C. § 636(c) and Local Rule 302. (ECF No. 5.) The thirty day period has now expired, and plaintiff has not filed an amended complaint.

Accordingly, IT IS HEREBY ORDERED that this action is dismissed without prejudice. See Local Rule 110; Fed. R. Civ. P. 41(b).

Dated: December 17, 2014

_/s/ Carolyn K. Delaney_
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

2 / mend2265.fta